IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00218-CMA-MEH

JAMES TIMOTHY RODGERS,

    Plaintiff,

v.

UNITED AIR LINES, INC.,
CONTINENTAL AIRLINES INC., and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER GRANTING DISMISSAL OF DEFENDANT CONTINENTAL AIRLINES INC. AND ORDER TO AMEND CAPTION

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 11) regarding Defendant Continental Airlines Inc. The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Continental Airlines Inc. is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall pay his or its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Continental Airlines Inc. as a Defendant in this case.

DATED: February  05 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge