IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00218-CMA-MEH

JAMES TIMOTHY RODGERS,

    Plaintiff,

v.

UNITED AIR LINES, INC., and
CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2013.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference and Postpone all Deadlines Associated Therewith [filed March 25, 2013; docket #25] is **granted**. The Scheduling Conference currently set for April 18, 2013 is **vacated**. The parties shall file a joint status report with the Court within five (5) days of the District Court's order adjudicating the pending motion to remand.